UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LAMB,

                        Plaintiff,

-against-

NY COUNTY DA CYRUS VANCE,

                        Defendant.

23-CV-0539 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 16, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 16, 2023
             New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge